IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

IN THE MATTER OF WARRANTS AND
ORDERS FOR PEN REGISTERS AND
TRAP AND TRACE DEVICES ISSUED IN
AN INVESTIGATION

MAGISTRATE JUDGE NEWBERN

## ORDER

Upon motion of the United States to unseal numerous warrants and orders authorizing the

installation and use of pen registers and trap and trace devices issued during the course of a long-

term investigation, it is ORDERED that the following matters and the documents filed in those

matters are hereby UNSEALED. The Clerk's Office is DIRECTED to file this Order in each of

the cases identified below.

| Case Number |
|---|
| 19-mj-2111 |
| 19-mj-4193 |
| 19-mj-2158 |
| 19-mj-4202 |
| 19-mj-2164 |
| 19-mj-4281 |
| 19-mj-4290 |
| 19-mj-2184 |
| 19-mj-2223 |
| 19-mj-2224 |
| 19-mj-2225 |
| 19-mj-2232 |
| 19-mj-2274 |
| 19-mj-2275 |
| 19-mj-2276 |
| 19-mj-2277 |
| 21-mj-2692 |
| 21-mj-2693 |
| 21-mj-2694 |
| 21-mj-2695 |

| Case Number |
| :---: |
| 21-mj-2696 |
| 21-mj-2697 |
| 21-mj-2698 |
| 21-mj-2699 |
| 21-mj-2700 |
| 21-mj-2701 |
| 21-mj-2702 |
| 21-mj-2703 |
| 21-mj-2704 |
| 21-mj-2705 |
| 21-mj-2706 |
| 21-mj-2707 |
| 21-mj-2708 |
| 21-mj-2901 |
| 21-mj-2902 |
| 21-mj-2903 |

January 25, 2022
_____
Date

Hon. Alistair E. Newbern
United States Magistrate Judge
Middle District of Tennessee

2